IN THE UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF TENNESSEE

| CTP INNOVATIONS, LLC, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:13-cv-0581 |
| | ) JURY TRIAL DEMANDED |
| AMBROSE PRINTING COMPANY, | ) |
| Defendant. | ) |

---

### ORDER GRANTING JOINT MOTION TO STAY CASE PENDING DETERMINATION
### OF INTER PARTES REVIEW PROCEEDINGS
---

This matter came before the Court on the joint motion of Plaintiff CTP Innovations, LLC ("CTP") and Defendant Ambrose Printing Company ("Ambrose") in which the parties have requested that the Court stay this case pending determination by the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") of two petitions seeking to invalidate the two patents-in-suit: U.S. Patent Nos. 6,611,349 and 6,738,155 (collectively, the "Petitions"). After considering the matter, and for good cause shown, it is hereby ORDERED that this case shall be stayed pending determination of the Petitions by PTAB. CTP shall notify the Court within 10 days of the determination of both Petitions by PTAB at which time the stay shall be lifted. Defendant Ambrose Printing Company shall file its initial response to CTP's complaint within 21 days from the date CTP files the notice of determination of the Petitions. If a deadline for a motion, pleading, or response to any other motion falls during the period of the stay, the deadline for such motion, pleading or response shall be 21 days from the date CTP files the notice of determination of the Petitions. During the pendency of the stay, and until this case

is dismissed or otherwise determined, the parties shall maintain their obligations to preserve potentially discoverable documents and electronically stored information.

IT IS SO ORDERED this 12th day of August 2013.

_____
Honorable Aleta A. Trauger
United States District Judge

APPROVED FOR ENTRY BY:

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

/s/ Samuel F. Miller
Samuel F. Miller, TN BPR No. 22936
Maia T. Woodhouse, TN BPR No. 30438
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Telephone: (615) 726-5594
Fax: (615) 744-5594
Email: smiller@bakerdonelson.com

*Attorneys for CTP Innovations, LLC*

/s/ M. Taylor Harris, Jr.
M. Taylor Harris, Jr.
GULLETT SANFORD ROBINSON
& MARTIN PLLC
150 Third Avenue South
Suite 1700
Nashville, TN 37201
Phone: (615) 244-4994
Fax: (615) 921-4357
tharris@gsrm.com

*Attorney for Defendant*

N SFM 974125 v2
2926018-000358  08/09/2013