**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| CTP INNOVATIONS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0581 |
| | ) | Judge Trauger |
| AMBROSE PRINTING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

The Joint Motion to Continue Case Management Conference (Docket No. 9) is **GRANTED**. It is hereby **ORDERED** that the initial case management conference scheduled for September 26, 2013 is **CONTINUED**, to be reset upon later order of the court.

It is so **ORDERED**.

ENTER this 12th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge