IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CTP INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0581 |
| ) | Judge Trauger |
| AMBROSE PRINTING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby **ORDERED** that an initial case management conference will be held on January 27, 2014 at 2:00 p.m. in Judge Trauger's chambers.

It is so **ORDERED**.

ENTER this 8th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge